# Russell *v.* The State.

### *Murder.*

(Decided June 6, 1911.  55 South. 1023.)

*Jury; Special Venire; Number.*—Where the number of names drawn by the court to complete the venire, together with the regular venires for the week, the jurors drawn and summoned, make up a venire of less than fifty names such venire is insufficient under the statute, (Acts 1909, p. 319), since section 32 thereof requires a special venire, shall consist of not less than fifty nor more than one hundred names.

APPEAL from Limestone Circuit Court.

Heard before Hon. D. W. SPEAKE.

Lula Russell was convicted of murder in the second degree and she appeals.  Reversed and remanded.

W. R. WALKER and JAMES E. HORTON, JR., for appellant.  The court should have sustained the motion to quash the venire.—*Jackson v. The State,* 55 So. 118, and cases cited.  Counsel discuss other assignments of error, with citation of authority, but it is not deemed necessary to here set them out.

ROBERT C. BRICKELL, Attorney General, for the State.

WALKER, P. J.—Following the ruling recently made in the case of *Elijah Jackson v. State,* 171 Ala. 55 South. 188, it must be held that the trial court erred in overruling the objections made by the defendant to the venire of jurors for the trial of the case, as the 10 names specially drawn by the court, together with the 38 drawn and summoned on the regular juries for the week set for the trial, made the venire of jurors for the trial of this case consist of only 48 persons, while the statute (section 32, Jury Law [Acts Sp. Sess. 1909, pp.

305, 319]) require that such venire shall consist of not less than 50 nor more than 100 persons. This error requires a reversal of the judgment.

Reversed and remanded.